AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Apartment #11, 5011 Jay Street N.E., Washington, D.C.

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**
CASE NUMBER:

(Further described below)

I _____William R. McDermott_____ being duly sworn depose and say:

I am a(n) __Special Agent for Federal Bureau of Investigation (FBI)__ and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)

**Apartment #11, 5011 Jay Street, N.E., Washington, D.C., AS FULLY DESCRIBED IN THE ATTACHED AFFIDAVIT**

concerning a violation of Title _18_ United States Code, Section(s) _§ 2423_. The facts to support a finding of Probable Cause are as follows:

**SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

BRUCE R. HEGYI
Federal Major Crimes Section
(202) 305-9637

Signature of Affiant
WILLIAM R. MCDERMOTT, SPECIAL AGENT
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

_____      at Washington, D.C.
Date

_____      _____
Name and Title of Judicial Officer      Signature of Judicial Officer
AO93(Rev.5/85)Search Warrant