# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Washington, DC

## SEARCH WARRANT

CASE NUMBER: 06-370 M-01

TO: __William R. McDermott__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent William R. McDermott_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

)C
N.E., is a three-story apartment style building with brown-colored brick on the face of the building, with a blue awning facing , N.E., with the white-colored numbers .. .ne center of the awning. Apartment #11 is located down one flight of stairs and to the left of the landing. The front door to Apartment #11, which is bluish-green in color with the numbers"11" on the front door, is the first door encountered, when one turns left from the landing.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

As morefully described in Attachment C of Affidavit.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___AUG 18 2006___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

AUG 16 2006    at Washington, D.C.

Date and Time Issued    ALAN KAY
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer    Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 8/16/2006 | 8/16/2006 2:50pm | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED FBI FD-597

**FILED**

AUG 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

[signature]

Subscribed, sworn to, and returned before me this date.

[signature]
U.S. Judge or U.S. Magistrate Judge

8-30-06
Date

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 31E-WF-234526

On (date) Aug. 16, 2006

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) L. Simms

(Street Address) __

(City) Washington, DC

Description of Item(s):

Item #1   one framed photo of black female wearing a Red thong
"   #2    one Canon Camera w/film
"   #3    one Boost Mobil 7-11 Fast Card
"   #4    one i710 and one Boost Mobile Motorola cell phones
"   #5    Essence Magazine Addressed to
#   #6    repair Estimate for 1993 Jaguar
item #7   one wallet, bus tickets, money order reciepts, car title, wig, baggies
    #8    Mail Matter in the name of
    #9    Various documents to include hotel receipts, e-mail addresses
    #10   Nokia Cell Phone
    #11   Shoe box with Wallet, Western Union receipts, phone numbers, & Room Keys inside

Received By: _____ (Signature)        Received From: _____ (Signature)

FD-597 (Rev 8-11-94)                                                    Page 2 of 2

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 31E-WF-234526

On (date) August 16, 2006, Wednesday

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) L. Simms (Ann)

(Street Address) NE

(City) Washington, D.C.

Description of Item(s):
- Item #12 Two CDs
- Item #13 Green Leafy Substance
- Item #14 Pr. high Heel Shoes - orange and one black high heels
- Item #15 "Ba[l]cing" Suite Case with Clothes
- Item #16 T-mobile phone bill and Docs from Cingular phone
- Item #17 Calling cards and handwritten notes about incall
- Item #18 ~~various~~ Cell phones and Chargers
- Item #19 Various docs, hotel receipts, and Drivers Licens
- Item #20 Disposible Camera
- Item #21 Hotel receipts and Sim card
- Item #22 Various documents and receipts
- Item #23 six Disposible Cameras
- Item #24 North Carolina travel flyer and real estate boo
- Item #25 5 VHS tapes and 1 PC120 Video tapes
- Item #26 three (3) boost mobile cards & 2 7-11 receipt
- Item #27 Trip rewards travel log for
- Item #28 Verizon Audiovox cellular telephone
- Item #29 Various Documents to include cell Phone records
- Item #30 Shoe box with receipts inside

Received By: _____ (Signature)     Received From: _____ (Signature)